```
 1  PETER C. ANDERSON
    UNITED STATES TRUSTEE
 2  ABRAM S. FEUERSTEIN, SBN 133775
    ASSISTANT UNITED STATES TRUSTEE
 3  EVERETT L. GREEN, SBN 237936
    TRIAL ATTORNEY
 4  UNITED STATES DEPARTMENT OF JUSTICE
    OFFICE OF THE UNITED STATES TRUSTEE
 5  3801 University Avenue, Suite 720
    Riverside, CA 92501-2804
 6  Telephone:   (951) 276-6990
    Facsimile:   (951) 276-6973
 7  Email:       Everett.L.Green@usdoj.gov
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| In re: | Case No. 6:18-bk-20003-MH |
|---|---|
| LC STAHL, LLC, | Hon. Mark D. Houle |
| | Chapter 11 |
| Debtor and Debtor-In-Possession. | **NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 1112(b)** |
| | [Memorandum of Points and Authorities, filed concurrently herewith] |
| | [Declaration of Dimple P. Mehra, field concurrently herewith] |
| | **Hearing:**<br>Date:    July 30, 2019<br>Time:    2:00 p.m.<br>Placer:  United States Bankruptcy Court<br>         Courtroom 303<br>         3420 Twelfth Street<br>         Riverside, CA 92501 |

//

-1-

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY COURT JUDGE, DEBTOR, AND ALL PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that on July 30, 2019 at 2:00 p.m., Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee"), pursuant to 11 U.S.C. § 1112(b), 28 U.S.C. § 586, and Local Bankruptcy Rule 2015-2,[1] will move for an order dismissing the Chapter 11 bankruptcy case filed by LC Stahl, LLC ("Motion").

The case should be dismissed because LC Stahl, LLC ("Debtor") lost possession to its primary asset and thereby lacks the ability to generate income to reorganize. Dismissal is also warranted because the Debtor's monthly operating reports contain substantive errors and omissions and were not timely filed in violation of the Bankruptcy Code, Local Bankruptcy Rules and Guidelines and Requirements for Chapter 11 Debtors In Possession ("U.S. Trustee Guidelines").

**PLEASE TAKE FURTHER NOTICE** that this Motion is supported by the attached memorandum of points and authorities, the supporting declaration of Dimple P. Mehra ("Mehra Decl."), and exhibits thereto, the documents filed in this case, and such argument or evidence as may be presented at the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that this Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

DATED: June 28, 2019

PETER C. ANDERSON
UNITED STATES TRUSTEE

By:   /s/ Everett L. Green
      Everett L. Green
      Trial Attorney

---

[1] Unless otherwise indicated, all chapter, section, and rule references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, the Federal Rules of Bankruptcy Procedure, Rules 1001-9037 and to the Local Bankruptcy Rules for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Office of the U.S. Trustee, 3801 University, Suite 720, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): _____
Notice of Motion and Motion by U.S. Trustee to Dismiss Case
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/28/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/28/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor, LC Stahl, 19275 Vista De Montanas, Murrieta, CA 92562

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/28/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Mark D. Houle, 3240 Twelfth St. Ste. 365, Riverside, CA 92501-3819 (overnight mail)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/28/2019 | Everett L. Green | /s/ Everett L. Green |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 6:18-bk-20003-MH

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Jeffrey N Brown**    jbrown@thompsoncoburn.com, cmamayson@thompsoncoburn.com
- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Everett L Green**    everett.l.green@usdoj.gov
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Stuart J Wald**    tertiaryaccount@yahoo.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

```
Label Matrix for local noticing          LG Stahl LLC                             Riverside Division
0973-6                                   19275 Vista De Montanas                  3420 Twelfth Street,
Case 6:18-bk-20003-MH                    Murrieta, CA 92562-9103                  Riverside, CA 92501-3819
Central District of California
Riverside
Fri Jun 28 14:15:50 PDT 2019

Aashish Bhatia                           CSCDA                                    Coast Assessment Service Company
8384 Saturn Park Dr                      1700 North Broadway Ste 405              12755 Brookhurst St Ste 101
SAN RAMON, CA 94582-5148                 Walnut Creek CA 94596-4184               PO Box 972
                                                                                  Garden Grove CA 92842-0972


DA Chen Inc                              Employment Development Dept              FRANCHISE TAX BOARD
22209 Tioga Place                        Bankruptcy Group MIC 92E                 BANKRUPTCY SECTION MS A340
West Hills CA 91304-2219                 PO Box 826880                            PO BOX 2952
                                         Sacramento CA 94280-0001                 SACRAMENTO CA 95812-2952


Loan Funder LLC Series 1829              Loan Funder LLC, Series 1829             Ralston Management
c/o Watkin & Eisinger LLC                c/o Thompson Coburn LLP                  28441 Rancho California Rd #101
530 South Glenoaks Blvd Ste 207          2029 Century Park East, 19th Floor       Temecula CA 92590-3618
Burbank CA 91502-2753                    Los Angeles, CA 90067-2901


Riv County Treasurer/Tax Coll            Riverside County Tax Collector           State Board of Equalization
4080 Leon St, 1st Flr                    4080 Lemon St 4th Fl                     Account Information Group MIC: 29
Riverside CA 92502-2205                  Riverside CA 92501-3609                  PO Box 942879
                                                                                  Sacramento CA 94279-0029


Superior Loan Servicing                  The Entrust Group Inc FBO Asheesh        Total Lender Solutions Inc
24013 Ventura Blvd Ste 200               Barman IRA A/C: 7230002745               PO Box 910739
Calabasas CA 91302-1146                  3626 Sandalford Way                      San Diego CA 92191-0739
                                         San Ramon CA 94582-5712


United States Trustee (RS)               Stuart J Wald
3801 University Avenue, Suite 720        36154 Coffee Tree Pl
Riverside, CA 92501-3255                 Murrieta, CA 92562-4394
```

                 The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Loan Funder LLC, Series 1829          End of Label Matrix
                                         Mailable recipients    19
                                         Bypassed recipients     1
                                         Total                  20
```