PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    Everett.L.Green@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>LC STAHL, LLC,<br><br>　　　　Debtor and<br>　　　　Debtor-In-Possession. | Case No. 6:18-bk-20003-MH<br><br>Hon. Mark D. Houle<br><br>Chapter 11<br><br>**REPLY IN SUPPORT OF MOTION BY UNITED STATES TRUSTEE TO DISMISS BANKRUPTCY CASE PURSUANT TO<br>11 U.S.C. § 1112(b)**<br><br>**Hearing:**<br>Date:　　July 30, 2019<br>Time:　　2:00 p.m.<br>Placer:　　United States Bankruptcy Court<br>　　　　Courtroom 303<br>　　　　3420 Twelfth Street<br>　　　　Riverside, CA 92501 |

//

//

//

-1-

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY COURT JUDGE, DEBTOR, AND ALL PARTIES-IN-INTEREST:**

Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee"), hereby submits his reply in support of his motion for an order dismissing the Chapter 11 bankruptcy case filed by LC Stahl, LLC.

Both the Debtor and the U.S. Trustee agree that dismissal is in the best interests of creditors because the Debtor does not possess any assets or business operations.

The U.S. Trustee requests that dismissal is conditioned upon the payment of quarterly fees and the Court reserve jurisdiction over professional fees.

DATED: July 23, 2019            PETER C. ANDERSON
UNITED STATES TRUSTEE

By:    /s/ Everett L. Green
       Everett L. Green
       Trial Attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
    Office of the U.S. Trustee, 3801 University, Suite 720, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): _____
 Reply ISO Motion by U.S. Trustee to Dismiss Case_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/23/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
 See attached NEF service list

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/23/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
 Debtor, LC Stahl, 19275 Vista De Montanas, Murrieta, CA 92562

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/23/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

 Hon. Mark D. Houle, 3240 Twelfth St. Ste. 365, Riverside, CA 92501-3819 (overnight mail)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/23/2019 | Everett L. Green | /s/ Everett L. Green |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 6:18-bk-20003-MH

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Jeffrey N Brown**    jbrown@thompsoncoburn.com, cmamayson@thompsoncoburn.com
- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Everett L Green**    everett.l.green@usdoj.gov
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Stuart J Wald**    tertiaryaccount@yahoo.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.