PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    Everett.L.Green@usdoj.gov

**FILED & ENTERED**

AUG 06 2019

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** cargill    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

In re:

LC STAHL, LLC,

    Debtor and
    Debtor-In-Possession.

Case No. 6:18-bk-20003-MH

Hon. Mark D. Houle

Chapter 11

**ORDER GRANTING MOTION BY UNITED STATES TRUSTEE TO DISMISS BANKRUPTCY CASE PURSUANT TO
11 U.S.C. § 1112(b)**

**Hearing:**
Date:    July 30, 2019
Time:    2:00 p.m.
Placer:    United States Bankruptcy Court
        Courtroom 303
        3420 Twelfth Street
        Riverside, CA 92501

//

//

//

On July 30, 2019, the Court held a hearing on the *Motion by United States Trustee to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. § 1112(b)* ("Motion") filed as docket number 133 by Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee").

Everett L. Green, Esq., appeared on behalf of the U.S. Trustee. Stuart Wald, Esq., appeared on behalf of debtor LC Stahl, LLC ("Debtor"). Other appearances were as noted on the record.

Prior to the hearing, the Court issued a tentative ruling granting the Motion. A copy of the tentative ruling is attached hereto as Exhibit 1.

Based upon the Motion, papers filed in support of the Motion, and the tentative ruling, and for the reasons stated on the record, notice appearing proper, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy case is dismissed and the Debtor shall pay quarterly fees in accordance with 28 U.S.C. § 1960.

###

Date: August 6, 2019

Mark Houle
United States Bankruptcy Judge

# Exhibit 1

# United States Bankruptcy Court
# Central District of California
Riverside
Judge Mark Houle, Presiding
Courtroom 303 Calendar

**Tuesday, July 30, 2019**                                                                       **Hearing Room    303**

**2:00 PM**
**6:18-20003    LC Stahl LLC**                                                                                     **Chapter 11**

 #23.00 Trustee's Motion by United States Trustee to Dismiss Bankruptcy Case pursuant to 11 U.S.C. Section 1112(b)

   EH ___

       Docket  133

**Tentative Ruling:**

 <u>7/30/19</u>

 **BACKGROUND**

 On November 27, 2019, LC Stahl LLC ("Debtor") filed a Chapter 11 voluntary petition. The case was dismissed on December 6, 2018, for failure to file case commencement documents, but dismissal was vacated five days later. Debtor's only asset was certain real property located at 19275 Vista De Montanas, Murrieta, CA 92562 (the "Property"). Schedule A identified the Property as having a value of $2,633,000, and Schedule D identified Loan Funder LLC Series 1829 ("Creditor") as holding a secured claim in the amount of $1,070,000. Ultimately, Creditor filed a proof of claim for a secured claim in the amount of $1,320,665.61.

 On February 5, 2019, Creditor filed a motion for relief from the automatic stay. After holding three hearings on the motion for relief from the automatic stay, the Court scheduled an evidentiary hearing, which was ultimately held on June 10, 2019. After taking testimony regarding the fair market value of the Property, the Court granted relief from stay to Creditor.

 On June 28, 2019, after the motion for relief from the automatic stay was granted, UST filed a motion to dismiss the case. UST asserts that there is cause to dismiss the

**United States Bankruptcy Court**
**Central District of California**
Riverside
Judge Mark Houle, Presiding
Courtroom 303 Calendar

Tuesday, July 30, 2019                          Hearing Room    303

2:00 PM
**CONT...**      **LC Stahl LLC**                                                                                  **Chapter 11**

case under 11 U.S.C. § 1112(b) because: (1) Debtor lacks the ability to reorganize; (2) Debtor has failed to file monthly operating reports; and (3) Debtor has failed to comply with the UST's guidelines. On July 18, 2019, Debtor filed a response indicating that it conceded the first of UST's arguments – that Debtor no longer has the ability to reorganize.

**DISCUSSION**

11 U.S.C. § 1112(b)(1) states:

> Except as provided in paragraph (2) and subsection (c), on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate.

Section 1112(b)(4) provides a non-exhaustive list of examples of cause. Included in the list is § 1112(b)(4)(A) which provides that "substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation" constitutes cause for dismissal. Because Debtor has conceded that it no longer has a reasonable likelihood of rehabilitation, the Court concludes that dismissal (or conversion) is appropriate under § 1112(b)(4)(A).

Furthermore, 11 U.S.C. § 1112(b) provides that the Court must consider whether dismissal or conversion is in the best interests of creditors and the estate. As noted by UST, it appears that "[t]he Debtor does not possess any assets for a Chapter 7 trustee to recover and liquidate." In this circumstance, therefore, the best interests of creditors appears to be for the case to be dismissed.

# United States Bankruptcy Court
# Central District of California
### Riverside
### Judge Mark Houle, Presiding
### Courtroom 303 Calendar

**Tuesday, July 30, 2019**                                                                 **Hearing Room    303**

<u>2:00 PM</u>
**CONT...        LC Stahl LLC                                                                              Chapter 11**

<u>**TENTATIVE RULING**</u>

The Court is inclined to GRANT the motion, DISMISSING the case pursuant to 11 U.S.C. § 1112(b)(4)(A), conditioned on the payment of the United States Trustee's fees.

APPEARANCES REQUIRED.

| Party Information |
|---|

**Debtor(s):**

   LC Stahl LLC                        Represented By
                                                 Stuart J Wald

**Movant(s):**

   United States Trustee (RS)         Represented By
                                                   Everett L Green
                                                   Abram Feuerstein esq