DO NOT FILE - TO BE ATTACHED TO THE EXHIBITS FOR LODGING

Attorney for Plaintiff/Movant(s): ☒    or    Defendant/Respondent(s): ☐

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re: | Case No.: 6:18-bk-20003-MH |
|---|---|
| LC STAHL LLC, | Adversary No.: |
| [FILED OCT 2 4 2019 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: KC Deputy Clerk] Debtor(s) | Chapter 7 ☐   11 ☒   13 ☐ |
| | **EXHIBIT REGISTER AND NOTICE** |
| | **RE DISPOSITION OF EXHIBITS** |
| | Hearing Date: June 3, 2019 |
| Plaintiff/Movant(s) | Hearing Time: 9:30 a.m. |
| vs. | Hearing Place: Courtroom 303 |
| | 3420 Twelfth Street |
| Defendant/Respondent(s) | Riverside, CA 92501 |

**LIST OF EXHIBITS (*NUMBERED, TAGGED AND A BRIEF DESCRIPTION OF EXHIBIT)**

1. Qualifications of Jim Ray McDonald - Resume of Appraiser and State Certificate
2. Appraisal Report of 19275 Visa de Montanas, Murrieta, California 92562 (the "Subject Property") dated May 3, 2019
3. Debtor's Comparables
4. Loan Submission Form - Fix and Flip
5. Amended Lotus Escrow signed by Luis Stahl
6. Certificate of Borrower and Guarantor
7. Certification of Commercial Loan and Waiver of Federal and State Truth-in-Lending Disclosures
8. Commercial Promissory Note
9. Proof of Claim of Loan Funder, filed March 15, 2019
10. Declaration of Maksim Stavinsky
11.
12.
13.
14.
15.

B-3024   *   EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.
EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.

Revised 12/12

## NOTICE RE DISPOSITION OF EXHIBITS

NOTICE IS HEREBY GIVEN THAT EXHIBITS PRESENTED TO THE COURT MUST BE WITHDRAWN FROM THE CLERK'S OFFICE AFTER THE EXPIRATION OF THE TIME FOR APPEAL, OR WHERE NO APPEAL IS TAKEN, ENTRY OF A STIPULATION WAIVING OR ABANDONING THE RIGHT TO APPEAL, FINAL DISPOSITION OF THE APPEAL, OR BY ORDER OF THE COURT (LOCAL RULE 9070-1). EXHIBITS MUST BE WITHDRAWN WITHIN THIRTY (30) DAYS OF THIS NOTICE. EXHIBITS WHICH ARE NOT WITHDRAWN SHALL BE DESTROYED.

_____10-24-19_____       **KATHLEEN J. CAMPBELL**
Date                        U. S. Bankruptcy Court


By: _Rita Cargill  951-774-1085_
         Deputy Clerk

Disposed of on _____        Deputy Clerk _____

Withdrawn on _____          By: _____

Revised 12/12